## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BARBARA VALENTE

v.

KEITH GRAHAM

FILED

FEB 2  3 ⁛ PH '04

Civil No. 3:02CV1472(JGM)

NEW HAVEN CONN

### JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. A Consent to Trial before a United States Magistrate Judge was approved on August 25, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 12, 2004, entered an Opinion granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of February, 2004.

KEVIN F. ROWE, CLERK
By

P.A. Moore
Deputy Clerk

EOD: _____

1